UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60798-CIV-ROSENBAUM/SELTZER

PHYSICIANS HEALTHSOURCE, INC.,

    Plaintiff,

v.

ANDA, INC.,

    Defendant.
_____/

## ORDER TO FILE LATE DOCUMENT

This matter is before the Court upon a review of the case file. On February 25, 2013, this Court issued a Scheduling Order requiring the parties to file notice with the Court by April 26, 2013, indicating whether they have selected a mediator. D.E. 52 at 1. The parties have not yet filed the required notice with the Court. Accordingly, it is **ORDERED and ADJUDGED** that on or before **May 7, 2013**, the parties shall file the required notice concerning mediator selection with the Court. A failure to timely respond to this Order may result in sanctions being imposed against the offending party or parties.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 30th day of April 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record