IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PHYSICIANS HEALTHSOURCE, INC.,  )
an Ohio corporation, individually and as  )
the representative of a class of similarly-  )
situated persons,  )
                                                           )
                  Plaintiff,  )      No. 12-cv-60798-KMW
                                                           )
     v.  )      Hon. Robin S. Rosenbaum
                                                           )
ANDA, INC. and JOHN DOES 1-10,  )
                                                           )
              Defendants.  )

## <u>PLAINTIFF'S MOTION TO STAY PROCEEDINGS</u>

Plaintiff, Physicians Healthsource, Inc. ("Plaintiff"), respectfully requests that the Court stay the proceedings pending the Federal Communications Commission ("FCC")'s resolution of issues directed at the regulation involved in this case, 47 C.F.R. § 64.1200 (a) (4) (iv).  In support of its motion, Plaintiff states as follows:

      1.     Plaintiff's claim is based, in part, on the fact that Defendant's fax advertisements did not contain the opt-out notice required by 47 C.F.R. § 64.1200 (a) (4) (iv).

      2.     Defendant, Anda, Inc. ("Defendant"), is pursuing administrative remedies before the FCC now. Defendant is one of the petitioners that has asked the FCC to take new action regarding the regulation at issue.

      3.     The FCC has requested comments regarding this regulation. *See* <u>Exhibit A</u>.

4.     Defendant previously requested that the Court stay this case in the alternative to certifying the class.  (Doc. #81).

5.     In a related case, Defendant requested that the Missouri state court stay proceedings for the same reason.  *See Medical West Ballas Pharmacy, Ltd. v. Anda, Inc.*, Cause No. 08SL-CC00257 (Cir. Ct. St. Louis Cnty., Mo.).

6.     In *Nack v. Walburg*, a case regarding the interpretation of the FCC's regulation involved here, the Eighth Circuit observed that the District Court might stay proceedings while that defendant sought FCC action.  *See* 715 F.3d 680 (8th Cir. 2013).

7.     Because the FCC has requested comments on the issue, it appears to be moving quickly toward resolution of Defendant's arguments against the regulation, and, therefore, a stay of proceedings is warranted.

8.     Plaintiff contacted Defendant's counsel and learned that Defendant does not oppose Plaintiff's request for a stay.

WHEREFORE, Plaintiff respectfully requests that the Court stay the proceedings pending the FCC's resolution of issues directed at 47 C.F.R. § 64.1200 (a) (4) (iv).

Respectfully submitted,

PHYSICIANS HEALTHSOURCE,
INC., an Ohio corporation,
individually and as the representative
of a class of similarly-situated persons,

By:    /s/ Phillip A. Bock

Brian J. Wanca                              Phillip A. Bock
Ryan M. Kelly                               Bock & Hatch, LLC
Anderson + Wanca                            134 N. La Salle St., Ste. 1000
3701 Algonquin Rd., Ste. 760                Chicago, IL 60602
Rolling Meadows, IL 60008                   Telephone: 312-658-5500
Telephone: 847-368-1500

Daniel Thomas                               Max G. Margulis
Leopold Law, P.A.                           Margulis Law Group
2925 PGA Blvd., Ste. 200                    28 Old Belle Monte Rd.
Palm Beach Gardens, FL 33410                Chesterfield, MO 63017
Telephone: 561-515-1400                     Telephone: 636-536-7022

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that he filed the foregoing motion on February 12, 2014, using the Court CM/ECF system, which automatically serves copies on all counsel of record.

<u>/s/ Phillip A. Bock</u>