# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ANDA, INC. and JOHN DOES 1-10,<br><br>Defendants. | No. 12-cv-60798<br><br>Hon. Cecilia M. Altonaga |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Physicians Healthsource, Inc., and Defendant, Anda, Inc., by and through their undersigned attorneys jointly stipulate to the dismissal of the above captioned lawsuit, with prejudice.

Dated: August 12, 2024.                                 Respectfully submitted,

By: /s/ Phillip A. Bock                                  By: */s/ Eric L. Samore (with express permission)*

Phillip A. Bock (FL 0093895)
phil@classlawyers.com
David M. Oppenheim
david@classlawyers.com
BOCK HATCH & OPPENHEIM, LLC
203 N La Salle St Ste 2100
Chicago, IL 60601
Tel : (312) 658-5501
Fax : (312) 658-5555

Eric L. Samore (*pro hac vice*)
esamore@amundsendavislaw.com
Erin A. Walsh
ewalsh@amundsendavislaw.com
AMUNDSEN DAVIS LLC
150 North Michigan Ave., Suite 3300
Chicago, IL 60601
Tel: (312) 894-3200
Fax: (312) 894-3210

Ryan M. Kelly
rkelly@andersonwanca.com
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Tel: (847) 368-1500
Fax: (847) 368-1501

*Counsel for Defendant*

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which automatically serves a copy on all counsel of record via transmission of Notices of Electronic Filing Generated by CM/ECF.

*s/ Phillip A. Bock*
